**Index of Administrative Record**

| Document | Bates / Location |
|---|---|
| Touhy Request, Amended Indictment & Affidavit (Feb. 9, 2026) | AR000001 |
| Touhy Response (Feb. 26, 2026) | AR000059 |
| CBP OPR Report of Investigation | AR000063 |
| U.S. Department of Homeland Security, Management Directive 0810.1 | AR000266 |
| Texas House of Representatives Investigative Committee on the Robb Elementary Shooting, Interim Report 2022 | AR000272 |
| Advanced Law Enforcement Rapid Response Training (ALERRT) Robb Elementary School Attack Response Assessment and Recommendations, June 2022 | AR000354 |
| U.S. Department of Justice, Office of Community Oriented Policing Services, Rescue, Response, and Resilience: A critical incident review of the Orlando public safety response to the attack on the Pulse nightclub, 2017 | AR000380 |
| U.S. Department of Justice, Office of Community Oriented Policing Services, Critical Incident Review: Active Shooter at Robb Elementary School, 2024 | AR000578 |
| U.S. U.S. Census Bureau Data, Uvalde City, TX (2022) | AR001188 |

**Index of Administrative Record**

| Document | Bates / Location |
|---|---|
| CBP Analytical Framework for Intelligence, Bailout events within a 1-mile radius of Robb Elementary | AR001191 |
| CBP Standards of Conduct, Directive Number 51735-013B | AR001192 |
| CBP Use of Force Policy, Law Enforcement Safety and Compliance Directorate Operations Support (January 2021) | AR001207 |
| Model Uniform Core Criteria (MUCC) for Mass Casualty Incident Triage, National Highway Traffic Safety Administration | AR001271 |
| 2021 National Emergency Medical Services Education Standards, National Highway Traffic Safety Administration | AR001279 |
| Legal Differences Between Certification and Licensure, NREMT website | AR001351 |
| Combined Investigative Activity Report Documents (CBP OPR Report Exhibits 36–228) | AR001354 |