UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| PETE ARREDONDO | § | |
| | § | CIVIL NO: |
| vs. | § | DR:26-CV-00018-AM |
| | § | |
| UNITED STATES CUSTOMS AND | § | |
| BORDER PROTECTION | | |

## ORDER SETTING DOCKET CALL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DOCKET CALL** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Tuesday, July 14, 2026 at 10:30 AM**.  All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 24th day of June, 2026.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE